March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Mark Pandy          ,
          Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -MJ- 4402 (__) (__)

Defendant _Mark Pandy_____ hereby voluntarily consents to participate in the following proceeding via video or tele conferencing:

**X**     Initial Appearance/Appointment of Counsel

___     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence


_Mark Pandy by Louis V. Fasulo_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Mark Pandy
_____
Print Defendant's Name

_Louis V. Fasulo_
Defense Counsel's Signature


Mark Pandy
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 23, 2021
_____
Date

_/s/ James L. Cott_
JAMES L. COTT
United States Magistrate Judge